JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Praxedes Leon et al<br><br>        Plaintiff,<br><br>v.<br><br>The University of Phoenix, Inc. et al<br><br>        Defendants. | Case No.  CV 16-01342-AB (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 16, 2016

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.